JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL YAZEJI, an individual; <br> Plaintiff, <br> v. <br> BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 to 25, inclusive; <br> Defendants. | Case No. 2:19-cv-00532 SVW (MRWx) <br> [Filed: October 19, 2018] <br> [Removed: January 23, 2019] <br> ORDER GRANTING PARTIES' STIPULATION FOR DISMISSAL |

After reviewing the Parties' Stipulation for Dismissal, the Court hereby dismisses the above-captioned action with prejudice.

All previously set dates are vacated.

**IT IS SO ORDERED.**

Dated: June 28, 2019

STEPHEN V. WILSON
JUDGE OF THE UNITED STATES
DISTRICT COURT